```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09919
   LAURENCE F BENSON
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-0520


---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/01/07 .

   2.  The case was dismissed without confirmation, 09/20/2007.

---------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
---------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00             .00             .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE   NOT FILED             .00             .00
WILSHIRE CREDIT CORP       CURRENT MORTG         .00             .00             .00
TOYOTA MOTOR CREDIT CORP   SECURED VEHIC         .00             .00             .00
TOYOTA MOTOR CREDIT CORP   UNSECURED       NOT FILED             .00             .00
KENDALL COUNTY COLLECTOR   MORTGAGE ARRE   NOT FILED             .00             .00
KENDALL COUNTY COLLECTOR   MORTGAGE ARRE   NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00             .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED             .00             .00
DELL FINANCIAL             UNSECURED       NOT FILED             .00             .00
PRIVATE ISSUE              UNSECURED       NOT FILED             .00             .00
GEMB                       UNSECURED       NOT FILED             .00             .00
CITIBANK                   UNSECURED       NOT FILED             .00             .00
TOYOTA MOTOR CREDIT CORP   UNSECURED       NOT FILED             .00             .00
       Summary of disbursements:
---------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00          .00           .00
PRINCIPAL PAID          .00         .00          .00          .00           .00
INTEREST PAID           .00         .00          .00          .00           .00
TOTAL PAID              .00         .00          .00          .00           .00
The Debtor's attorney, GARY L SHILTS               , was allowed $         .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 12/19/07                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE